FILED
2003 OCT 23  A 11: 47

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

------------------------------------------------------------X
MANUEL R. LLORCA,

         Plaintiff,

- against -

SCANDINAVIAN MARINE CLAIMS OFFICE,
INC., SCANDINAVIAN UNDERWRITERS
AGENCY, SCUA AMERICAS, INC., SCUA
HOLDINGS, B.V., NORWEGIAN HULL CLUB,
AND JOHN WIIK,

         Defendants.
------------------------------------------------------------X

CIVIL CASE NO.
3:02 CV 1145 (RNC)

**STIPULATION OF VOLUNTARY
DISMISSAL**

October 22, 2003

**IT IS HEREBY STIPULATED AND AGREED TO** by and between Plaintiff and Defendants as follows:

1. Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a), hereby dismisses voluntarily and with prejudice and without costs, any and all claims alleged in the above captioned proceeding.

2. Defendants, pursuant to Federal Rule of Civil Procedure 41(c), hereby dismiss voluntarily and with prejudice and without costs, any and all counterclaims alleged in the above captioned proceeding.

3. These dismissals are consented to by all parties.

Dated:  Stamford, Connecticut
        October 22, 2003

SKOUFALOS, LLORCA & ZICCARDI, LLP

By: *Manuel A. Molina*
Manuel A. Molina, Esq., CT 22142
Clearwater House
2187 Atlantic Street
Stamford, Connecticut 06902
Tel. No: (203) 325-9010
Attorneys for Plaintiff

CARTER, LEDYARD & MILBURN LLP

By: *Donald J. Kennedy*
Donald J. Kennedy, Esq., CT 23620
2 Wall Street
New York, New York 10005
Tel No.: (212) 732-3200

Madeleine F. Grossman, Esq., CT 05987
Dorit S. Heimer, Esq., CT 01219
Levett Rockwood P.C.
33 Riverside Avenue
P.O. Box 5116
Westport, Connecticut 06881
Tel. No.: (203) 222-0885
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via U.S. Mail, postage prepaid, on this 22nd day of October, 2003, to the following counsel of record:

Madeleine F. Grossman, Esq.
Dorit S. Heimer, Esq.
Levett Rockwood P.C.
33 Riverside Avenue
P.O. Box 5116
Westport, Connecticut 06881
(203) 222-0885

Donald J. Kennedy, Esq.
Carter, Ledyard & Milburn
2 Wall Street
New York, New York 10005
(212) 732-3200

_/s/ Manuel A. Molina_
Manuel A. Molina