UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X
MANUEL R. LLORCA,

            Plaintiff,

- against -

SCANDINAVIAN MARINE CLAIMS OFFICE,
INC., SCANDINAVIAN UNDERWRITERS
AGENCY, SCUA AMERICAS, INC., SCUA
HOLDINGS, B.V., NORWEGIAN HULL CLUB,
AND JOHN WIIK,
            Defendants.
-----------------------------------------------------------------X

CIVIL CASE NO.
3:02 CV 1145 (RNC)

**STIPULATION OF VOLUNTARY
DISMISSAL**

October 22, 2003

**IT IS HEREBY STIPULATED AND AGREED TO** by and between Plaintiff and Defendants as follows:

1. Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a), hereby dismisses voluntarily and with prejudice and without costs, any and all claims alleged in the above captioned proceeding.

2. Defendants, pursuant to Federal Rule of Civil Procedure 41(c), hereby dismiss voluntarily and with prejudice and without costs, any and all counterclaims alleged in the above captioned proceeding.

October 30, 2003. Approved. So ordered.
Robert N. Chatigny, U.S.D.J.